Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
2008 AUG -1 AM 9:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ANGELA PITTARD, on behalf of herself, and on behalf of all persons similarly situated,
Plaintiffs,

vs

ORANGE COUNTY HOMECARE, a California limited liability corporation, doing business as SALUS HOMECARE and SALUS HEALTHCARE; and, Does 1 to 10,
Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1398 J WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY    Norman B. Blumenthal
2255 Calle Clara
La Jolla, California   92037

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

By _____, Deputy Clerk

AUG - 1 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)